ANDREW P. SCHOTTENSTEIN,
LICENSEE,

     Appellant,

v.

DEPARTMENT OF BUSINESS
AND PROFESSIONAL
REGULATION,
CONSTRUCTION INDUSTRY
LICENSING BOARD, AND
ANTHONY DEMEO AND
CARA DEMEO,

     Appellees.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4648

_____/

Opinion filed June 5, 2017.

An appeal from an order of the Construction Industry Licensing Board.
Jim Evetts, Chairman.

Dale S. Shelton, The Bush Law Group, LLC, Tallahassee, for Appellant.

Dwight O. Slater, Chief Appellate Counsel, Department of Business & Professional
Regulation, Tallahassee; M. Daniel Hughes, M. Daniel Hughes & Associates , P.A.,
Fort Lauderdale, for Appellees.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.